CHESTER J. LA BANCA v. JACOBS SELTZER, M.D.

April 28, 1987.

Petition for certification denied.

GLENDAR REALTY COMPANY, ETC. v.
THE CITY OF JERSEY CITY.

April 28, 1987.

Petition for certification denied.

CARL PERRY v. BOROUGH OF SWEDESBORO.

April 28, 1987.

Petition for certification denied.   (See 214 *N.J.Super.* 488)